**No. 66092.**—Associated Metals & Minerals Corp. et al. *v.* United States, protests 228298–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of connecting rod parts for compressor machines, which are not internal-combustion engines, the claim of the plaintiffs was sustained.